**Ralph BUCHANAN v. STATE.** (No. 12585.)

Court of Criminal Appeals of Texas. April 10, 1929.

J. W. Morris, of Freeport, and A. E. Masterson, of Angleton, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for unlawfully transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.